**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

February 26, 2016

Clerk's Office
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
ATTN: RECORDS

Re: Recording Request

Case No.: 14-4425 Cr
Short Title: US v. Hussain (Cunningham)
Argument Date/Time: Friday, Jan. 29, 2016 at 10:00 am
Argument Location: Room 1703
Requestor: Ian Weinstein, Counsel for the Defendant

Sincerely,

Ian Weinstein