# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand and sixteen.

Before:     Raymond J. Lohier, Jr.,
                  *Circuit Judge.*

_____

United States of America,

        Appellee,

v.

Damian Cunningham, AKA Jaba,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 14-4425

    Appellee filed a motion seeking an extension of time to file a petition for rehearing or rehearing *en banc* until October 14, 2016.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

