

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2016

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States** v. **Damian Cunningham**
        **Docket No. 14-4425**

Dear Ms. Wolfe,

    The Government respectfully submits this letter to advise the Court and the appellant that it does not intend to file a petition for panel rehearing or rehearing en banc in the above-captioned case. The Government has no objection to the issuance of the mandate.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney
        Southern District of New York


        /s/ Jared Lenow
        Jared Lenow
        Assistant United States Attorney
        (212) 637-1068

cc:     Ian Weinstein, Esq. (by ECF)